ALEXANDER KEEGAN, Respondent, *v.* THIRD AVENUE RAIL-ROAD COMPANY, Appellant, Impleaded with Another.

*Keegan* v. *Third Ave. R. R. Co.*, 34 App. Div. 297, affirmed.
(Argued November 27, 1900; decided December 18, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Herbert R. Limburger* and *Eugene Treadwell* for appellant.

*William C. Beecher* and *Robert Goeller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J., and HAIGHT, J.

---

ROBERT DOUAI, Appellant, *v.* FREDERICK LUTJENS, Respondent.

*Douai* v. *Lutjens*, 21 App. Div. 254, affirmed.
(Submitted November 27 1900; decided December 18, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1897, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Henry J. Wehle* for appellant.

*Herman Vogel* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.